248

## No. 17,624.

WALTER GETTMAN, ET AL. *v.* LYDIA KAUFFMAN.
(286 P. [2d] 53)

Decided August 22, 1955.   Rehearing denied September 6, 1955.

Mr. JOHN P. BECK, for plaintiffs in error.

Mr. DAVID J. MILLER, Mr. MELVIN DINNER, for defendant in error.

*En Banc.*

PER CURIAM.

IN an action to recover damages for death of plaintiff's husband, allegedly due to negligence of motorist. Judgment for plaintiff entered pursuant to jury verdict affirmed without written opinion.